IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MANUEL RAUL REYO PENA GARCIA MONTERO, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. CIV-13-1101-C |
| HON. CHAIRMAN ELECTION COMMISSION, | ) ) ) | |
| Defendant. | ) | |

ORDER OF DISMISSAL

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Charles B. Goodwin on October 17, 2013. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the complaint is dismissed. A judgment shall enter accordingly. This dismissal counts as a "strike" under 28 U.S.C. § 1915(g). Because no amendment can cure the defects noted, this dismissal is on the merits and a judgment will enter accordingly.

IT IS SO ORDERED this 25th day of November, 2013.

ROBIN J. CAUTHRON
United States District Judge